Manuel D. Serpa, State Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, PC
770 The City Drive South, Suite 2000
Orange, CA  92868
Telephone:  (714) 564-8644
Facsimile:   (714) 940-0311
Email:  manuel.serpa@binderlawfirm.com

Attorney for plaintiff Adele Sexton

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ADELE SEXTON,                                   ) No. 2:13-cv-1552-EFB
                                                )
            Plaintiff,                          )
                                                ) [~~PROPOSED~~] ORDER AWARDING
     v.                                         ) EAJA FEES
                                                )
CAROLYN W. COLVIN,  Acting                      )
Commissioner of Social Security,                )
                                                )
            Defendant.                          )
_____)

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

    IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND TWO HUNDRED FIFTY dollars and 00/100's ($5,250.00) plus costs in the amount of FOUR HUNDRED dollars ($400.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 14, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE